United States District Court
WESTERN DISTRICT OF NEW YORK

Juan Camilo Bonilla Lagos

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:26-cv-00550

v.

Warden, Buffalo Federal Detention Facility

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice

Date: March 26, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Tatiana
    Deputy Clerk